■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS DE ARMAS, Appellant. — Appeal by defendant from a judgment of the County Court, Westchester County (Palella, J.), rendered November 8, 1982, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Defendant's guilt was proven beyond a reasonable doubt (*see, People v Contes,* 60 NY2d 620). The other claims raised by him have not been preserved for review and we decline to address

them in the interest of justice. Mollen, P. J., Titone, Lazer and Thompson, JJ., concur.